UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| REGINALD DAVID WONG TRUST,<br>　　　　Plaintiff, | No. C 10-3346 SI |
| v. | **ORDER RE: ATTENDANCE** |
| WACHOVIA, et al.,<br>　　　　Defendants._____/ | Date:　　　March 28, 2011<br>Mediator:　Jack Skelton |

　　　IT IS HEREBY ORDERED that defendant's request to allow its representative, Michael Goldberg, Jr., to appear telephonically at the March 28, 2011 mediation before Jack Skelton is GRANTED.  Mr. Goldberg shall be available at all times to participate in the mediation session in accordance with ADR L.R. 6-10(f).

　　　　　IT IS SO ORDERED.

March 15, 2011　　　　　　By:　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge