1  Christopher A. Carr (#44444)
   ccarr@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN
3    CAMPBELL & TRYTTEN LLP
   199 South Los Robles Avenue, Suite 600
4  Pasadena, California  91101-2459
   (626) 535-1900
5  (626) 577-7764 Facsimile
6  Attorneys for Defendant
   WACHOVIA MORTGAGE, a division of
7  Wells Fargo Bank, N.A.

8

9                     UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

12 REGINALD DAVID WONG TRUST,        )  CV10-3346-SI
                                     )
13              Plaintiff,           )  STIPULATION FOR DISMISSAL
14       vs.                         )
                                     )
15 WACHOVIA BANK, DOE CORPORATIONS   )
   1-10, DOES 1-10, inclusive,       )
16                                   )
17              Defendants.          )
                                     )
18 _____

19     Plaintiff Reginald David Wong Trust and defendant Wachovia Mortgage, a division of

20 Wells Fargo Bank, N.A., who are the only parties who have appeared herein, hereby stipulate as

21 follows:

22     1.  The action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);

23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

1     2.  Each party is to bear all of its own costs, fees and expenses.

2   SO STIPULATED.

4   Dated:  March 16, 2011            LAW OFFICES OF DEBORAH J. PIMENTEL

6                                     By:   /s/ Ali Nehme
                                            Ali Nehme
7                                           Nehme29@sbcglobal.net
                                            Attorneys for Plaintiff REGINALD
8                                           DAVID WONG TRUST

10  Dated:  March 16, 2011            ANGLIN, FLEWELLING, RASMUSSEN,
                                            CAMPBELL & TRYTTEN LLP

13                                    By:   /s/ Christopher A. Carr
                                            Christopher A. Carr
14                                          ccarr@afrct.com
                                            Attorneys for Defendant WACHOVIA
15                                          MORTGAGE, a division of Wells Fargo
                                            Bank, N.A.

**IT IS SO ORDERED**
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

     I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

     On the date below I served a copy of the following document described as:

**STIPULATION FOR DISMISSAL**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

Deborah J. Pimentel, Esq.
Law Offices of Deborah J. Pimentel
2010 Crow Canyon Place, Suite 200
San Ramon, CA 94583
925-359-3295
925-359-3296 Fax
PimentelLaw@gmail.com

[ ]  **BY OVERNITE EXPRESS MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by Norco Delivery Services mailing for delivery next business day.  Under that same practice it would be deposited with Norco Delivery Services on that same day with delivery charges fully prepaid at Pasadena, California in the ordinary course of business.

[ x ]  **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on March 16, 2011 at Pasadena, California.

Christine Daniel                                       */s/Christine Daniel*
(Print Name)                                         (Signature of Declarant)